

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00837-CV

Debra **BARRIENTOS**,
Appellant

v.

**HEB GROCERY COMPANY, L.P.**, U.S Security Associates, Inc., Universal Protection
Service, L.P. D/B/A/ Universal Protection Service; and G.T. Sirizzotti, LTD,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08748
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: December 19, 2018

DISMISSED

On November 26, 2018, this court issued an order notifying the appellant that the trial court clerk's fee for the clerk's record had not been paid, the docketing statement had not been filed, and the filing fee for this court had not been paid. We ordered appellant to address these issues and file a response by December 6, 2018, notifying appellant that if appellant failed to comply with our order, this appeal may be dismissed. Appellant has not filed a response, filed a docketing statement, or paid this court's filing fee. This appeal is therefore dismissed. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(c).

PER CURIAM